**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter __7__

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Studio A Kitchen & Bath, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1490286** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1698 S. Elmhurst Rd Suite 110 Mount Prospect, IL 60056**<br>Number, Street, City, State & ZIP Code | **c/o Agnieszka Bzura 1116 S. Courtland Ave, Unit 202 Park Ridge, IL 60068**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook**<br>County | **Location of principal assets, if different from principal place of business**<br>**600 W. Talcott Road, unit 101 Park Ridge, IL 60068**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://studioakitchenandbath.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Studio A Kitchen & Bath, Inc.** _____    Case number *(if known)* _____

Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor    **Studio A Kitchen & Bath, Inc.**
    Name                                                    Case number (*if known*)

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |
|---|---|---|

List all cases. If more than 1,
attach a separate list

Debtor _____    Relationship _____

District _____ When _____ Case number, if known _____

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br><br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |
|---|---|---|

**Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | . | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>■ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
|---|---|---|---|

| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| 15. | **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|

Debtor    **Studio A Kitchen & Bath, Inc.**                                    Case number (*if known*)
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million          ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Studio A Kitchen & Bath, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  6, 2023**
                      MM / DD / YYYY

**X** **/s/ Agnieszka Bzura**                      **Agnieszka Bzura**
Signature of authorized representative of debtor        Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Julia Jensen Smolka**              Date   **June  6, 2023**
Signature of attorney for debtor                            MM / DD / YYYY

**Julia Jensen Smolka 6272466**
Printed name

**Robbins DiMonte, Ltd.**
Firm name

**216 Higgins Road**
**Park Ridge, IL 60068**
Number, Street, City, State & ZIP Code

Contact phone   **(847) 698-9600**        Email address

**6272466 IL**
Bar number and State

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                        06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/6/23
MM / DD / YYYY

X _____              Agnieszka Bzura
Signature of authorized representative of debtor              Printed name

Title   **President**

**18. Signature of attorney**

X _____              Date  06/6/23
Signature of attorney for debtor                              MM / DD / YYYY

**Julia Jensen Smolka 6272466**
Printed name

**Robbins DiMonte, Ltd.**
Firm name

**216 Higgins Road**
**Park Ridge, IL 60068**
Number, Street, City, State & ZIP Code

Contact phone  **(847) 698-9600**     Email address  Jsmolka@robbinsdimonte.com

**6272466 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Studio A Kitchen & Bath, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  6, 2023**          X */s/ Agnieszka Bzura*
                                          Signature of individual signing on behalf of debtor

                                          **Agnieszka Bzura**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Studio A Kitchen & Bath, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended Schedule
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/6/23        X _____
Signature of individual signing on behalf of debtor

**Agnieszka Bzura**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Studio A Kitchen & Bath, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                     **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $ _____**0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................    $ _____**11,532.50**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................    $ _____**11,532.50**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____**500,000.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____**9,200.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$ _____**339,810.08**

4.    Total liabilities .................................................................................................................................
    Lines 2 + 3a + 3b    $ _____**849,010.08**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Studio A Kitchen & Bath, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Parkway Bank** | **Checking** | 4422 | $900.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$900.00**

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Lease security deposit** | $1,132.50 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$1,132.50**

Debtor   **Studio A Kitchen & Bath, Inc.**                    Case number *(If known)* _____
         Name

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** Miscellanous cabinetry and cabinetry display inserts | | **$0.00** | | **$1,500.00** |

**22. Other inventory or supplies**

**23. Total of Part 5.**                                                                          | **$1,500.00** |

Add lines 19 through 22.  Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor    **Studio A Kitchen & Bath, Inc.**                                     Case number *(If known)* _____
Name

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **3 Desk, 3 chairs, 2 computers, coffee machine, printer, mini fridge, microwave, beverage fridge** | **$0.00** | | **$4,000.00** |
| **Displays** | **$0.00** | | **$3,000.00** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                    **$7,000.00**

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Hand tools, table saw, hand saw.** | **$0.00** | | **$1,000.00** |

51.  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                    **$1,000.00**

| Debtor | **Studio A Kitchen & Bath, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Debtor    **Studio A Kitchen & Bath, Inc.** _____    Case number *(If known)* _____
　　　　　Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $900.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,132.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,532.50 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,532.50 |

**Fill in this information to identify the case:**

Debtor name __**Studio A Kitchen & Bath, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

　☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

　☐ Yes. Fill in all of the information below.

**Part 1:　List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **U.S. Small Business Administration** | | |
|---|---|---|---|

Creditor's Name

**1545 Hawkins Blvd. Suite 202
El Paso, TX 79925**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Chase Bank - Checking - Acct# 6029**

$500,000.00　　$100.00

_____

Creditor's email address, if known

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**　　$500,000.00

**Part 2:　List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Studio A Kitchen & Bath, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,200.00** | **$0.00** |
|---|---|---|---|---|

| | **Illinois Department of Revenue** | *Check all that apply.* | | |
| | **Bankruptcy Unit** | ☐ Contingent | | |
| | **PO Box 19035** | ☐ Unliquidated | | |
| | **Springfield, IL 62794** | ☐ Disputed | | |

Date or dates debt was incurred                Basis for the claim:
                                                **sales tax**

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)        ☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

| | **American Express** | ☐ Contingent | |
| | **PO Box 297871** | ☐ Unliquidated | |
| | **Fort Lauderdale, FL 33329** | ☐ Disputed | |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,000.00** |
|---|---|---|---|

| | **Bank of America** | ☐ Contingent | |
| | **PO Box 982238** | ☐ Unliquidated | |
| | **El Paso, TX 79998** | ☐ Disputed | |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Studio A Kitchen & Bath, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,800.00** |
|---|---|---|---|

**Blue Vine Fund**
**30 Montgomery Street**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business Loan__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,199.00** |
|---|---|---|---|

**Capital One**
**PO Box 31293**
**Salt Lake City, UT 84131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Capital One Spark**
**PO Box 31293**
**Salt Lake City, UT 84131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __business credit card__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,000.00** |
|---|---|---|---|

**Chase Ink**
**National Bank by Mail**
**PO Box 6185**
**Westerville, OH 43086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __credit card__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00** |
|---|---|---|---|

**Citi Costco**
**PO Box 7900057**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __credit card__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,368.00** |
|---|---|---|---|

**Doug and Kristina Meyer**
**c/o Daniel Hogan, McCabe & Hogan**
**19 S. Bothwell St, Suite 200**
**Palatine, IL 60067**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __complaint on cabinetry__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$589.65** |
|---|---|---|---|

**First American Payment Systems, LP**
**Attn: Collection Manager**
**100 Throckmorton Street, Suite 1800**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Credit card processing account.__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Studio A Kitchen & Bath, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10** | **Nonpriority creditor's name and mailing address**
**I.C. System, Inc.**
PO Box 64378
Saint Paul, MN 55164

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$391.74

---

**3.11** | **Nonpriority creditor's name and mailing address**
**Mulligan Funding, LLC**
4715 Viewridge Avenue, Suite 100
San Diego, CA 92123

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business loan agreement**

Is the claim subject to offset? ■ No ☐ Yes

$98,113.61

---

**3.12** | **Nonpriority creditor's name and mailing address**
**ODK Capital, LLC**
4700 W. Daybreak Pkwy, Suite 200
UT 84009

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan Agreement**

Is the claim subject to offset? ■ No ☐ Yes

$24,094.00

---

**3.13** | **Nonpriority creditor's name and mailing address**
**Parkway Bank**
4800 N. Harlem Ave
Harwood Heights, IL 60706

Date(s) debt was incurred _

Last 4 digits of account number  **7889**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **money loaned.  UCC on file**

Is the claim subject to offset? ■ No ☐ Yes

$43,137.00

---

**3.14** | **Nonpriority creditor's name and mailing address**
**Parkway Bank**
4800 N. Harlem Ave
Harwood Heights, IL 60706

Date(s) debt was incurred _

Last 4 digits of account number  **7900**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business loan agreement**

Is the claim subject to offset? ■ No ☐ Yes

$22,335.00

---

**3.15** | **Nonpriority creditor's name and mailing address**
**Vital Cap Fund**
48 Wall Street, Suite 1013
New York, NY 10005

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan Agreement**

Is the claim subject to offset? ■ No ☐ Yes

$44,282.08

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Babcock Scott & Babcock, P.C.**<br>**Attn: Jeffrey R. Handy**<br>**370 E. South Temple, 4th Floor**<br>**Salt Lake City, UT 84111** | Line  **3.11**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Studio A Kitchen & Bath, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Cure Payment Recovery Solutions**<br>**Attn: Susan Milopsky**<br>**1490 William Floyd Pkwy, Suite 102**<br>**Yaphank, NY 11967** | Line __3.15__<br>☐ Not listed. Explain ____ | __0803__ |
| 4.3 | **Sheryl A. Fyock**<br>**Latimer Levay Fyock, LLC**<br>**55 W. Monroe, Suite 1100**<br>**Chicago, IL 60603** | Line __3.13__<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Sheryl A. Fyock**<br>**Latimer Levay Fyock, LLC**<br>**55 W. Monroe, Suite 1100**<br>**Chicago, IL 60603** | Line __3.14__<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 9,200.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 339,810.08 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 349,010.08 |

**Fill in this information to identify the case:**

Debtor name    **Studio A Kitchen & Bath, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease on showroom space at 600 W. Talcott, Park Ridge. Goes through May 31, 2023. 6 days**<br><br>_____<br><br>**600 Talcott, LLC**<br>**600 W. Talcott**<br>**Park Ridge, IL 60068** |

**Fill in this information to identify the case:**

Debtor name   **Studio A Kitchen & Bath, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Agnieszka Bzura** | **116 Courtland Ave, Unit 2 Park Ridge, IL 60068 personal guaranty** | **American Express** | ☐ D _____<br>☒ E/F  **3.1**<br>☐ G _____ |
| 2.2 **Agnieszka Bzura** | **116 Courtland Ave, Unit 2 Park Ridge, IL 60068** | **Bank of America** | ☐ D _____<br>☒ E/F  **3.2**<br>☐ G _____ |
| 2.3 **Agnieszka Bzura** | **116 Courtland Ave, Unit 2 Park Ridge, IL 60068** | **Blue Vine Fund** | ☐ D _____<br>☒ E/F  **3.3**<br>☐ G _____ |
| 2.4 **Agnieszka Bzura** | **116 Courtland Ave, Unit 2 Park Ridge, IL 60068** | **U.S. Small Business Administration** | ☒ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Agnieszka Bzura** | **116 Courtland Ave, Unit 2 Park Ridge, IL 60068** | **Parkway Bank** | ☐ D _____<br>☒ E/F  **3.13**<br>☐ G _____ |

| Debtor | **Studio A Kitchen & Bath, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| ███ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6  **Agnieszka Bzura** | **116 Courtland Ave, Unit 2**<br>**Park Ridge, IL 60068** | **Parkway Bank** | ☐ D _____<br>■ E/F   **3.14**<br>☐ G _____ |
| 2.7  **Agnieszka Bzura** | **116 Courtland Ave, Unit 2**<br>**Park Ridge, IL 60068** | **Vital Cap Fund** | ☐ D _____<br>■ E/F   **3.15**<br>☐ G _____ |
| 2.8  **Agnieszka Bzura** | **116 Courtland Ave, Unit 2**<br>**Park Ridge, IL 60068** | **ODK Capital, LLC** | ☐ D _____<br>■ E/F   **3.12**<br>☐ G _____ |
| 2.9  **Agnieszka Bzura** | **116 Courtland Ave, Unit 2**<br>**Park Ridge, IL 60068** | **Illinois Department of Revenue** | ☐ D _____<br>■ E/F   **2.1**<br>☐ G _____ |
| 2.10  **Agnieszka Bzura** | **116 Courtland Ave, Unit 2**<br>**Park Ridge, IL 60068** | **Mulligan Funding, LLC** | ☐ D _____<br>■ E/F   **3.11**<br>☐ G _____ |
| 2.11  **Agnieszka Bzura** | **116 Courtland Ave, Unit 2**<br>**Park Ridge, IL 60068** | **Capital One** | ☐ D _____<br>■ E/F   **3.4**<br>☐ G _____ |
| 2.12  **Agnieszka Bzura** | **116 Courtland Ave, Unit 2**<br>**Park Ridge, IL 60068** | **Capital One Spark** | ☐ D _____<br>■ E/F   **3.5**<br>☐ G _____ |
| 2.13  **Agnieszka Bzura** | **116 Courtland Ave, Unit 2**<br>**Park Ridge, IL 60068** | **Chase Ink** | ☐ D _____<br>■ E/F   **3.6**<br>☐ G _____ |

| Debtor | **Studio A Kitchen & Bath, Inc.** | Case number *(if known)* | |
|---|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Agnieszka Bzura**    **116 Courtland Ave, Unit 2 Park Ridge, IL 60068** | **Citi Costco** | ☐ D _____ ■ E/F ___3.7___ ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name   **Studio A Kitchen & Bath, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                           04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $32,211.00 |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $637,214.00 |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $1,421,000.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor   **Studio A Kitchen & Bath, Inc.**   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Illinois Department of Revenue Bankruptcy Unit PO Box 19035 Springfield, IL 62794** | **$3000 3/6/23; $3000 4/13/23; $2000 4/26/23** | **$8,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **payment of sales taxes made by Agnes out of personal funds.** |
| 3.2. **See Bank Statement Attached as Exhibit A** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Agnieszka Bzura 116 Courtland Ave, Unit 2 Park Ridge, IL 60068 Owner** | | **$64,000.00** | **Salary** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Studio A Kitchen & Bath, Inc.**                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Mulligan Funding, LLC  v Debtor and Agnieszka Bzura**<br>**22 0906955** | **Breach of Contract, Collection-Judgment entered of $98,113.61** | **District Court Utah, Salt Lake City**<br>**450 S. State Street**<br>**PO Box 1860**<br>**Salt Lake City, UT 84114-1860** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Parkway Bank and Trust Company v. Studio A Kitchen & Bath, Inc. and Agnieszka Bzura**<br>**2023-L-002547** | **Breach of Contract** | **Circuit Court of Cook County**<br>**Richard J. Daley Center**<br>**50 W. Washington Street**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Jesuit University Ignatianum**<br>**Mikolaja Kopernika, 26**<br>**31-501 Krakow**<br>**Lesser Poland Voivodeship, Poland** | **Cash** | **7/16/2021** | **$5,000.00** |
| | **Recipients relationship to debtor**<br>**none** | | | |
| 9.2. | **Jesuit University Ignatianum**<br>**Mikolaja Kopernika, 26**<br>**31-501 Krakow**<br>**Lesser Poland Voivodeship, Poland** | **Cash** | **9/13/2021** | **$12,000.00** |
| | **Recipients relationship to debtor**<br>**none** | | | |
| 9.3. | **Jesuit University Ignatianum**<br>**Mikolaja Kopernika, 26**<br>**31-501 Krakow**<br>**Lesser Poland Voivodeship, Poland** | **cash** | **10/12/2021** | **$5,000.00** |
| | **Recipients relationship to debtor**<br>**none** | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor   **Studio A Kitchen & Bath, Inc.** _____   Case number *(if known)* _____

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| | | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Robbins DiMonte, Ltd.**<br>**216 W. Higgins Road**<br>**Park Ridge, IL 60068** | | **12/23/2022** | **$4,500.00** |
| | Email or website address<br>_____ | | | |
| | Who made the payment, if not debtor?<br>_____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |
| 13.1. | **Misc Craigs list** | **Sold cabinetry displays from former leased space** | **8/22-10/22** | **$2,500.00** |
| | Relationship to debtor<br>**none** | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | **Studio A Kitchen & Bath, Inc.** | Case number *(if known)* |
|---|---|---|

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1698 S. Elmhurst Rd Mount Prospect, IL 60056** | **9/18-9/22** |

**Part 8:** Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:** Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Associated Bank 1301 Waukeegan Road Glenview, IL 60025** | **XXXX-2087** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July of 2022** | **$0.00** |
| 18.2. | **Bank of America** | **XXXX-9135** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **September of 2022** | **$0.00** |

Debtor   **Studio A Kitchen & Bath, Inc.**                                              Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3. | **Chase Bank** | **XXXX-8535** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **May, 2023** | **$0.00** |
| 18.4. | **Bank of America** | **XXXX-2244** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor    **Studio A Kitchen & Bath, Inc.**                                    Case number *(if known)*

---

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Agnieszka Bzura 1116 S. Courtland Avenue, Apt. 202 Park Ridge, IL 60068** | **entire time** |
| 26a.2.    **Taxpol Belmont, Corp 5421 W. Belmont Chicago, IL 60641** | **Annual Tax Returns, Quarterly taxes as needed.  Personal Returns for owner** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Debtor    **Studio A Kitchen & Bath, Inc.**                                    Case number *(if known)* _____

statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Agnieszka Bzura** | **1116 S. Courtland Avenue, Apt. 202 Park Ridge, IL 60068** | **owner, president** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Debtor    **Studio A Kitchen & Bath, Inc.**                    Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  6, 2023**

**/s/ Agnieszka Bzura**                    **Agnieszka Bzura**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

**Fill in this information to identify the case:**

Debtor name    **Studio A Kitchen & Bath, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06|6|23

_____         **Agnieszka Bzura**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2023 through March 31, 2023

Account Number: ███████ 8535



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |

00216344 DRE 111 211 09123 NNNNNNNNNNN  1 000000000 64 0000

STUDIO A KITCHEN & BATH, INC.
1698 S ELMHURST RD STE 110
MOUNT PROSPECT IL 60056-5517

## Good news — we've eliminated two fees

We're no longer charging the:

- **Deposited Item Returned or Cashed Check Returned Fee —** This was a $12 fee we charged if an item you deposited or cashed was returned unpaid. We stopped charging this fee as of **December 1, 2022.**

- **Savings Withdrawal Limit Fee —** This was a $5 fee we charged for each withdrawal or transfer (over six) out of a Chase savings account in a monthly statement period, maximum of three fees per monthly statement period. We stopped charging this fee as of **March 19, 2023.**

We're also changing the name **Insufficient Funds Fee** to **Overdraft Fee.** There are no changes to how and when we charge this fee or the ways to avoid this fee.

As we update and remove references to these three fees, you may continue to see them listed in the Chase Mobile® app[1], on chase.com and in other materials.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1]**Chase Mobile® app** is available for select mobile devices. Message and data rates may apply.

## CHECKING SUMMARY | Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$13,927.47** |
| Deposits and Additions | 11 | 29,670.80 |
| Checks Paid | 5 | -9,734.49 |
| ATM & Debit Card Withdrawals | 11 | -10,269.34 |
| Electronic Withdrawals | 14 | -12,644.13 |
| Other Withdrawals | 1 | -9,500.00 |
| Fees | 2 | -49.00 |
| **Ending Balance** | **44** | **$1,401.31** |

Your Monthly Service Fee was $15 this statement period.

Exhibit A to Statement of Finanical Affairs


**CHASE**

March 01, 2023 through March 31, 2023

Account Number: ▇▇▇▇▇**8535**

### How to Avoid the Monthly Service Fee (MSF)
If you meet any of the following qualifying activities for this Chase Business Complete Checking[SM] account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was -$604.07.
- $2,000 Chase Payment Solutions[SM] Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink[®] Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking[SM] account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/06 | Orig CO Name:Bankcard          Orig ID:1752515225 Desc Date:230303 CO Entry Descr:Settlementsec:CCD   Trace#:242272180672958 Eed:230306  Ind ID:628044000803794          Ind Name:Studio A Kitchen And B Trn: 0650672958Tc | $12,586.00 |
| 03/08 | Card Purchase Return    03/07 Top Knobs Branchburg NJ Card 5496 | 78.00 |
| 03/08 | Online Transfer From Chk ...6029 Transaction#: 16772855655 | 2,100.00 |
| 03/10 | Online Transfer From Chk ...6029 Transaction#: 16792657948 | 200.00 |
| 03/14 | ATM Cash Deposit        03/14 1 S Northwest Hwy Park Ridge IL Card 5496 | 600.00 |
| 03/14 | Orig CO Name:Bankcard          Orig ID:1752515225 Desc Date:230313 CO Entry Descr:Settlementsec:CCD   Trace#:242272184164414 Eed:230314  Ind ID:628044000803794          Ind Name:Studio A Kitchen And B Trn: 0734164414Tc | 318.00 |
| 03/15 | ATM Cash Deposit        03/15 1 S Northwest Hwy Park Ridge IL Card 5496 | 600.00 |
| 03/16 | ATM Cash Deposit        03/16 1 S Northwest Hwy Park Ridge IL Card 5496 | 140.00 |
| 03/20 | Orig CO Name:Bankcard          Orig ID:1752515225 Desc Date:230317 CO Entry Descr:Settlementsec:CCD   Trace#:242272182744352 Eed:230320  Ind ID:628044000803794          Ind Name:Studio A Kitchen And B Trn: 0792744352Tc | 3,538.80 |
| 03/23 | Card Purchase Return    03/22 Top Knobs Branchburg NJ Card 5496 | 10.00 |
| 03/24 | Deposit     2054439141 | 9,500.00 |
| **Total Deposits and Additions** | | **$29,670.80** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 138  ^ | | 03/20 | $51.00 |
| 139  ^ | | 03/03 | 3,483.49 |
| 140  ^ | | 03/01 | 2,600.00 |
| 141  ^ | | 03/10 | 600.00 |
| 171  * ^ | | 03/29 | 3,000.00 |
| **Total Checks Paid** | | | **$9,734.49** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Exhibit A to Statement of Financial Affairs

 **CHASE**

March 01, 2023 through March 31, 2023

Account Number: ███████ 8535



## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/01 | Card Purchase With Pin  03/01 Olson's Ace Park Ridge Park Ridge IL Card 5496 | $30.09 |
| 03/01 | Card Purchase With Pin  03/01 Mnrd-Mount Pros 740 E. MT Prospect IL Card 5496 | 354.21 |
| 03/01 | Card Purchase With Pin  03/01 7-Eleven 38397 Elk Grove Vil IL Card 5496 | 50.71 |
| 03/02 | Card Purchase            02/28 J & K Cabinetry Inc 847-7587808 IL Card 5496 | 5,179.32 |
| 03/02 | Card Purchase            03/01 Fredriksen Fire Equipm 630-5959500 IL Card 5496 | 144.89 |
| 03/02 | Card Purchase            03/01 Allstate   *Payment 800-255-7828 IL Card 5496 | 438.03 |
| 03/03 | Card Purchase With Pin  03/03 The Home Depot 1981 Niles IL Card 5496 | 36.93 |
| 03/06 | Card Purchase            03/03 Trader Joe S #698 Park Ridge IL Card 5496 | 52.22 |
| 03/09 | Card Purchase            03/07 J & K Cabinetry Inc 847-7587808 IL Card 5496 | 2,372.17 |
| 03/21 | Card Purchase            03/20 Top Knobs Branchburg NJ Card 5496 | 864.21 |
| 03/23 | Card Purchase            03/21 J & K Cabinetry Inc 847-7587808 IL Card 5496 | 746.56 |
| **Total ATM & Debit Card Withdrawals** | | **$10,269.34** |

## ATM & DEBIT CARD SUMMARY

Agnieszka Bzura  Card 5496

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $10,269.34 |
| Total Card Deposits & Credits | $1,428.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $10,269.34 |
| Total Card Deposits & Credits | $1,428.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/01 | Orig CO Name:Applecard Gsbank      Orig ID:9999999999 Desc Date:022823 CO Entry Descr:Payment  Sec:Web   Trace#:124085085308710 Eed:230301  Ind:21856404 Ind Name:Agnes Bzura Trn: 0605308710Tc | $93.69 |
| 03/01 | 03/01 Online Transfer To Chk ...6029 Transaction#: 16711561372 | 500.00 *Agnes* |
| 03/01 | Orig CO Name:Bankcard          Orig ID:1752515225 Desc Date:230228 CO Entry Descr:Mthly Feessec:CCD   Trace#:242272181684587 Eed:230301  Ind ID:628044000803794      Ind Name:Studio A Kitchen And B Trn: 0601684587Tc | 713.48 |
| 03/02 | Orig CO Name:Applecard Gsbank      Orig ID:9999999999 Desc Date:030123 CO Entry Descr:Payment  Sec:Web   Trace#:124085085321328 Eed:230302 Ind ID:21856404 Ind Name:Agnes Bzura Trn: 0615321328Tc | 500.00 |
| 03/07 | Orig CO Name:Bankcard Pci          Orig ID:1752515225 Desc Date:030623 CO Entry Descr:Non Complysec:CCD   Trace#:021000026073883 Eed:230307  Ind ID:000000004194124      Ind Name:Studio A Kitchen And B Faps Pci Non Comp Trn: 06660073883Tc — *Ne personal Aut* | 19.95 |
| 03/07 | 03/07 Online Transfer To Chk .6029 Transaction#: 16764639997 | 2,500.00 *Agness* |
| 03/09 | Orig CO Name:Applecard Gsbank      Orig ID:9999999999 Desc Date:030823 CO Entry Descr:Payment  Sec:Web   Trace#:124085087133683 Eed:230309  Ind ID:21856404 Ind Name:Agnes Bzura Trn: 0687133683Tc | 92.76 |
| 03/10 | Orig CO Name:Applecard Gsbank      Orig ID:9999999999 Desc Date:030923 CO Entry Descr:Payment  Sec:Web   Trace#:124085084223654 Eed:230310  Ind ID:21856404 Ind Name:Agnes Bzura Trn: 0694223654Tc | 199.60 |
| 03/15 | Orig CO Name:Irs          Orig ID:3387702000 Desc Date:031523 CO Entry Descr:Usataxpymtsec:CCD   Trace#:061036015801130 Eed:230315  Ind ID:225347401085636      Ind Name:Studio A Kitchen & Bat Trn: 0745801130Tc | 735.50 *IRS* |

Exhibit A to Statement of Financial Affairs



March 01, 2023 through March 31, 2023

Account Number: ████████8535

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/15 | Orig CO Name:IL Dept of Reven    Orig ID:5555566257 Desc Date:    CO Entry Descr:EDI Pymntssec:CCD   Trace#:091000018886294 Eed:230315   Ind ID:23Whf000150866   Ind Name:Studio A Kitchen Bat    Txp*8314902860000*0112*20230331*T*1 5575\ EDI Trn: 0748886294Tc | 155.75 |
| 03/16 | Orig CO Name:IL Dept Empl Sec    Orig ID:1363042127 Desc Date:031623 CO Entry Descr:Unempl Taxsec:CCD   Trace#:071109335959001 Eed:230316   Ind ID:1576046848   Ind Name:Studio A Kitchen & Bat    Txp*5058746**230331**0000000000**00 00010000**831490286\ Trn: 0755959001Tc | 100.00 |
| 03/17 | Orig CO Name:Applecard Gsbank    Orig ID:9999999999 Desc Date:031623 CO Entry Descr:Payment  Sec:Web   Trace#:124085084766778 Eed:230317   Ind ID:21856404   Ind Name:Agnes Bzura Trn: 0764766778Tc | 197.13 |
| 03/22 | 03/22 Online Transfer To Chk ...6029 Transaction#: 16889237656 | 700.00 |
| 03/27 | Orig CO Name:Bankcard    Orig ID:1752515225 Desc Date:230325 CO Entry Descr:Settlementsec:CCD   Trace#:242272180563896 Eed:230327   Ind ID:628044000803794   Ind Name:Studio A Kitchen And B Trn: 0860563896Tc | 6,136.27 *Refund.* |
| **Total Electronic Withdrawals** | | **$12,644.13** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/06 | 03/06 Withdrawal | $9,500.00 |
| **Total Other Withdrawals** | | **$9,500.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/13 | Overdraft Fee For Check #141 IN The Amount of $600.00 | $34.00 |
| 03/31 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$49.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 03/01 | $9,585.29 | 03/10 | -570.07 | 03/21 | 2,489.14 |
| 03/02 | 3,323.05 | 03/13 | -604.07 | 03/22 | 1,789.14 |
| 03/03 | -197.37 | 03/14 | 313.93 | 03/23 | 1,052.58 |
| 03/06 | 2,836.41 | 03/15 | 22.68 | 03/24 | 10,552.58 |
| 03/07 | 316.46 | 03/16 | 62.68 | 03/27 | 4,416.31 |
| 03/08 | 2,494.46 | 03/17 | -134.45 | 03/29 | 1,416.31 |
| 03/09 | 29.53 | 03/20 | 3,353.35 | 03/31 | 1,401.31 |

Exhibit A to Statement of Finanical Affairs



**CHASE** ⬣

March 01, 2023 through March 31, 2023

Account Number: ▬▬▬▬▬ 8535



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at **1-866-564-2262** or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Exhibit A to Statement of Financial Affairs

**CHASE** ⬡

March 01, 2023 through March 31, 2023

Account Number: ████████ 8535

This Page Intentionally Left Blank

Exhibit A to Statement of Finanical Affairs

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Studio A Kitchen & Bath, Inc.**          Case No. _____

                Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................ $ _____ **4,500.00**

   Prior to the filing of this statement I have received ............................. $ _____ **4,500.00**

   Balance Due ...................................................................................... $ _____ **0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   c. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Defense of any Motions to Modify Automatic Stay; Prosecutions of any Motions to Aviod Liens; Negotiating and Documenting any Reaffirmation Agreement; Representation of Client at any examination under Bankruptcy Rule 2004, or with any negotiations with the United States Trustee or the Chapter 7 trustee, defenses of any adversaries; and Motions to Convert the Matter to Another Chapter**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June  6, 2023** | **/s/ Julia Jensen Smolka** |
| *Date* | **Julia Jensen Smolka 6272466** |
| | *Signature of Attorney* |
| | **Robbins DiMonte, Ltd.** |
| | **216 Higgins Road** |
| | **Park Ridge, IL 60068** |
| | **(847) 698-9600   Fax: (847) 698-9623** |
| | *Name of law firm* |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Studio A Kitchen & Bath, Inc.**                 Case No. _____

                                 Debtor(s)                  Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

       For legal services, I have agreed to accept _____ $ _____ 4,500.00

       Prior to the filing of this statement I have received _____ $ _____ 4,500.00

       Balance Due _____ $ _____ 0.00

2.   The source of the compensation paid to me was:

       ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

       ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

       a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
       b. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
       c. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

       **Defense of any Motions to Modify Automatic Stay; Prosecutions of any Motions to Aviod Liens; Negotiating and Documenting any Reaffirmation Agreement; Representation of Client at any examination under Bankruptcy Rule 2004, or with any negotiations with the United States Trustee or the Chapter 7 trustee, defenses of any adversaries; and Motions to Convert the Matter to Another Chapter**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_6/6/23_
_____
_Date_

_____
**Julia Jensen Smolka 6272466**
_Signature of Attorney_
**Robbins DiMonte, Ltd.**
**216 Higgins Road**
**Park Ridge, IL 60068**
**(847) 698-9600  Fax: (847) 698-9623**
_Name of law firm_

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Studio A Kitchen & Bath, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **21**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **June  6, 2023**

**/s/ Agnieszka Bzura**
**Agnieszka Bzura**/President
Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Studio A Kitchen & Bath, Inc.** _____     Case No. _____

_____ Debtor(s)     Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **21**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: ___ 6/6/23 _____     _____

**Agnieszka Bzura/President**
Signer/Title

.

600 Talcott, LLC
600 W. Talcott
Park Ridge, IL 60068


Agnieszka Bzura
116 Courtland Ave, Unit 2
Park Ridge, IL 60068


American Express
PO Box 297871
Fort Lauderdale, FL 33329


Babcock Scott & Babcock, P.C.
Attn: Jeffrey R. Handy
370 E. South Temple, 4th Floor
Salt Lake City, UT 84111


Bank of America
PO Box 982238
El Paso, TX 79998


Blue Vine Fund
30 Montgomery Street
Jersey City, NJ 07302


Capital One
PO Box 31293
Salt Lake City, UT 84131


Capital One Spark
PO Box 31293
Salt Lake City, UT 84131


Chase Ink
National Bank by Mail
PO Box 6185
Westerville, OH 43086


Citi Costco
PO Box 7900057
Saint Louis, MO 63179

Cure Payment Recovery Solutions
Attn: Susan Milopsky
1490 William Floyd Pkwy, Suite 102
Yaphank, NY 11967


Doug and Kristina Meyer
c/o Daniel Hogan, McCabe & Hogan
19 S. Bothwell St, Suite 200
Palatine, IL 60067


First American Payment Systems, LP
Attn: Collection Manager
100 Throckmorton Street, Suite 1800
Fort Worth, TX 76102


I.C. System, Inc.
PO Box 64378
Saint Paul, MN 55164


Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794


Mulligan Funding, LLC
4715 Viewridge Avenue, Suite 100
San Diego, CA 92123


ODK Capital, LLC
4700 W. Daybreak Pkwy, Suite 200
UT 84009


Parkway Bank
4800 N. Harlem Ave
Harwood Heights, IL 60706


Sheryl A. Fyock
Latimer Levay Fyock, LLC
55 W. Monroe, Suite 1100
Chicago, IL 60603


U.S. Small Business Administration
1545 Hawkins Blvd. Suite 202
El Paso, TX 79925

Vital Cap Fund
48 Wall Street, Suite 1013
New York, NY 10005

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Studio A Kitchen & Bath, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Studio A Kitchen & Bath, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  6, 2023**

Date

/s/ Julia Jensen Smolka

**Julia Jensen Smolka 6272466**

Signature of Attorney or Litigant

Counsel for   **Studio A Kitchen & Bath, Inc.**

**Robbins DiMonte, Ltd.**
**216 Higgins Road**
**Park Ridge, IL 60068**
**(847) 698-9600 Fax:(847) 698-9623**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Studio A Kitchen & Bath, Inc.**

Debtor(s)

Case No.
Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Studio A Kitchen & Bath, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Date

Signature of Attorney or Litigant
Julia Jensen Smolka 6272466
Counsel for   **Studio A Kitchen & Bath, Inc.**
**Robbins DiMonte, Ltd.**
**216 Higgins Road**
**Park Ridge, IL 60068**
**(847) 698-9600 Fax:(847) 698-9623**